

June 14, 2024

VIA ECF
Hon. Jesse M. Furman
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk is directed to terminate ECF No. 6.

SO ORDERED.

June 14, 2024

Re: *Phillips v. Frist Credit Services, Inc.* – Case No.: 1:24-cv-4440-JMF

Dear Judge Furman:

We are counsel for Defendants Hunter Warfield, Inc. ("HWI") and First Credit Services, Inc. ("FCS") in the above matter. Please accept this letter as HWI and FCS's request for an extension of time to respond to the Complaint through July 1, 2024.

HWI and FCS's responses to Plaintiff's Complaint are due June 17, 2024. The basis for the additional time is because the undersigned needs additional time to investigate the allegations in the Complaint. This is both HWI and FCS's first request for an extension of time to respond to the Complaint. Plaintiff's counsel, Brian Ponder, Esq., is opposed to the request for an extension of time. In response to the request for consent, Mr. Ponder indicated: "Plaintiff will not consent or stipulate to your clients' delay or extension requests. However, it is unlikely that my client will expend resources to oppose any motion for an additional 14 days." Given that this case was just removed, there are no other pending deadlines.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS LLP

/s *Brendan H. Little*

Brendan H. Little

BHL/bmo

Brendan H. Little  |  Partner  |  blittle@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   Phone: 716.853.5100   Fax: 716.853.5199   lippes.com

New York: Albany, Buffalo, Long Island, New York City, Rochester  //  Florida: Jacksonville  //  Illinois: Chicago
Ontario: Greater Toronto Area  //  Texas: San Antonio  //  Washington, D.C.