UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
KIARA PHILLIPS, :
:
Plaintiff, :
: 24-CV-4440 (JMF)
-v- :
: ORDER
FIRST CREDIT SERVICES, INC. et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants TrueAccord Corp., Halsted Financial Services, LLC, and Velocity Investments, LLC were required to answer the Complaint, *see* ECF No. 1-1, by June 14, 2024. To date, these parties have not filed any responsive pleading. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 26, 2024**. If TrueAccord, Halsted, and Velocity fail to answer the Complaint by that deadline, the Court will invite Plaintiff to initiate default judgment motion practice.

      Plaintiff shall serve a copy of this Order on counsel for TrueAccord, Halsted, and Velocity by **June 21, 2024**, and file proof of such service by **June 24, 2024**.

      SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                                JESSE M. FURMAN
                                           United States District Judge