UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                       :

KIARA PHILLIPS,                    :

                         :

            Plaintiff,       :

                         :       24-CV-4440 (JMF)

      -v-               :

                         :        ORDER

FIRST CREDIT SERVICES, INC. et al.,  :

                         :

           Defendants.    :

                         :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 18, 2024, Plaintiff filed a motion to remand the action to state court, ECF No. 25, on the ground that Defendants' removal papers "failed to demonstrate or establish that Plaintiff[] . . . alleged a concrete harm that is sufficient to establish Article III standing," ECF No. 27, at 5.

It is hereby ORDERED that all parties appear for a conference with the Court on **July 23, 2024** at **3:00 p.m.** The parties should be prepared to preview their positions on Plaintiff's arguments for remanding this case to state court; discuss the possibility of a resolution; and if necessary, propose a briefing schedule for Plaintiff's motion to remand.

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: July 19, 2024
      New York, New York                    _____
                                        JESSE M. FURMAN
                                   United States District Judge